IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY AMOROSO,<br><br>    Plaintiff,<br><br> v.<br><br>BUCKS COUNTY COURT OF COMMON PLEAS, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 13-0689 |

## **ORDER**

  **AND NOW**, this 27th day of March 2014, upon consideration of Defendant BCCP's Motion to Dismiss (Doc. No. 44), Plaintiff's Response (Doc. No. 54), BCCP's Reply (Doc. No. 55), Defendants Filipovits and LoBianco's Motion to Dismiss (Doc. No. 48), Plaintiff's Response (Doc. No. 57), Filipovits and LoBianco's Reply (Doc. No. 58), Defendant Bucks County's Motion to Dismiss (Doc. No. 49), and Plaintiff's Response (Doc. No. 56), it is

**ORDERED** that Defendant BCCP's Motion to Dismiss (Doc. No. 44), Defendants Filipovits and LoBianco's Motion to Dismiss (Doc. No. 48), and Defendant Bucks County's Motion to Dismiss (Doc. No. 49) are **GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiff's FMLA interference claim against Defendants Filipovits and LoBianco as alleged in Count I is **DISMISSED**.

2. Plaintiff's FMLA retaliation claim against Defendants Filipovits and LoBianco as alleged in Count I will not be dismissed and will proceed to discovery.

3. Plaintiff's FMLA interference claim against Defendants BCCP and Bucks County as alleged in Count II is **DISMISSED**.

30

4. Plaintiff's FMLA retaliation claim against Defendants BCCP and Bucks County as alleged in Count II will not be dismissed and will proceed to discovery.

5. Plaintiff's Rehabilitation Act claim against Defendants BCCP and Bucks County as alleged in Count III is **DISMISSED**.

6. Plaintiff's equal protection claim against Defendants Filipovits and LoBianco as alleged in Count IV is **DISMISSED**.

7. Plaintiff's PHRA claim against Defendants Filipovits and LoBianco as alleged in Count V will not be dismissed and will proceed to discovery.

8. Plaintiff's intentional infliction of emotional distress against Defendants Filipovits and LoBianco as alleged in Count VI is **DISMISSED**.

9. Defendants are directed to file an Answer to the remaining claims in Counts I, II, and V within twenty days from the date of this Order.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.