IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY AMOROSO,<br><br>               Plaintiff,<br><br>   v.<br><br>BUCKS COUNTY COURT OF COMMON PLEAS, et al.,<br><br>               Defendants. | CIVIL ACTION<br>NO. 13-0689 |

## ORDER

**AND NOW**, this 31st day of July 2014, upon consideration of Defendant BCCP's Motion for Judgment on the Pleadings (Doc. No. 62), Plaintiff's Response (Doc. No. 66), and Defendant BCCP's Reply (Doc. No. 67), and in accordance with the Court's Opinion issued this date, it is **ORDERED** that Defendant BCCP's Motion for Judgment on the Pleadings (Doc. No. 62) is **GRANTED**. Count II is **DISMISSED** only with respect to Defendant BCCP. Plaintiff is granted leave to amend the Complaint in accordance with the Court's Opinion no later than **August 8, 2014**. Defendant BCCP is ordered to file an Answer by **August 15, 2014**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.